Hanna; Julie S. Goldemberg, Philadelphia, PA.

Gabriel Bell, Latham & Watkins LLP, Washington, DC, argued for defendants-appellees. Also represented by Lawrence J. Gotts.

LOURIE, BRYSON, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**

Bryan J. Vogel, Robins Kaplan LLP, New York, NY, argued for appellee. Also represented by Matthew L. Woods, Cyrus Alcorn Morton, Peter N. Surdo, Minneapolis, MN.

LOURIE, BRYSON, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. SEE FED. CIR. R. 36.**

## INTERNATIONAL CONTROLS AND MEASUREMENTS CORP., Appellant

v.

## HONEYWELL INTERNATIONAL INC., Appellee.

### No. 2015–1724.

United States Court of Appeals, Federal Circuit.

March 14, 2016.

## PENTAIR WATER POOL AND SPA, INC., Appellant

v.

## HAYWARD INDUSTRIES, INC., Appellee.

### No. 2015–1809.

United States Court of Appeals, Federal Circuit.

March 14, 2016.

Allen W. Hinderaker, Merchant & Gould P.C., Minneapolis, MN, argued for appellant. Also represented by Rachel C. Hughey, Tong Wu.

Mark Boland, Sughrue Mion, PLLC, Washington, DC, argued for appellant. Also represented by Raja N. Saliba, Grant Simon Shackelford.